In the Matter of the Claims of MARGARET McGUINN et al., Respondents, and MATTHEW McGUINN et al., Claimants, against F. W. WOOLWORTH Co. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion by appellant for a retaxation of its costs so as to include an item of $666.33 paid for premiums on an appeal bond. Motion granted, without costs. Present — Foster, P. J., Brewster, Deyo, Bergan and Coon, JJ. [See 277 App. Div. 1066; post, p. 1004.]

■

In the Matter of the Probate of the Will of RICHARD M. SCHELL, Deceased. ALICE S. PORCHER, Appellant; BANK OF NEW YORK & FIFTH AVENUE BANK, Individually and as Executor of and Trustee under the Will of RICHARD M. SCHELL, Deceased, et al., Respondents.— Order of December 1, 1950 (277 App. Div. 1155) granting permission to appeal to the Court of Appeals resettled to provide the certification of the following question of law which is decisive of the correctness of the determination of this court: " Was the Surrogate required, as a matter of law on the record presented to him, to revoke the decree of probate? " The court further certifies that the questions of fact and discretion raised on this appeal were considered and the determination of the Surrogate on these questions affirmed. (Civ. Prac. Act, § 603.) Present — Foster, P. J., Brewster, Deyo, Bergan and Coon, JJ.

■

FRANK S. USHER, Respondent, v. SCHENECTADY MASON SUPPLY CORPORATION et al., Appellants.— Motion for reargument, or in the alternative for leave to appeal to the Court of Appeals, denied, without costs. Present — Foster, P. J., Brewster, Deyo, Bergan and Coon, JJ. [See ante, p. 610.]